UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNAGLADYS GHIORSI, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ACELERO LEARNING CLARK COUNTY, a Nevada corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive<br><br>Defendants. | Case No. 2:13-cv-00570-APG-PAL<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #34) |

On July 17, 2015, Magistrate Judge Leen entered a Report of Findings and Recommendation recommending that I dismiss this case because the plaintiff, Annagladys Ghiorsi, has repeatedly refused to comply with the court's orders. (Dkt. #34.) Ghiorsi did not file an objection and Judge Leen's Report of Findings and Recommendation was returned in the mail as undeliverable.

I conducted a *de novo* review of the issues set forth in the Report of Findings and Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report of Findings and Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Leen's Report of Findings and Recommendation **(Dkt. #34) is accepted and this case is DISMISSED**.

DATED this 6th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE